LIZZIE V. BEVANS, Appellant, *v.* LYDIA F. YOUNG et al.,
Respondents.

(Argued June 17, 1892; decided October 11, 1892.)

APPEAL from judgment of the General Term of the Supreme Court in the second judicial department entered upon an order made February 9, 1891, which affirmed a judgment in favor of defendants entered upon a decision of the court on trial at Special Term.

*Gilbert O. Hulse* for appellant.

*William H. Crane* for respondents.

Agree to affirm, on opinion of General Term.
All concur.
Judgment affirmed.

MARY ASTHEIMER, Respondent, *v.* PATRICK J. O'PRAY,
Appellant.

(Argued June 17, 1892; decided October 11, 1892.)

APPEAL from judgment of the General Term of the Supreme Court in the third judicial department, entered upon an order made December 11, 1891, which affirmed a judgment in favor of plaintiff entered upon a verdict.

*E. S. Wood* for appellant.

*G. D. B. Hasbrouck* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.